# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

JOHN R. ASHMEAD
PARTNER
(212) 574-1366
ashmead@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

October 30, 2024

**VIA ECF**

Hon. Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Barber Lake Development LLC v. Priority Power Management, LLC*, No. 1:24-cv-07940-MKV

Dear Judge Vyskocil:

On behalf of Plaintiff/Appellant Barber Lake Development LLC ("Barber Lake"), I write pursuant to Rule 4(A)(vii) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request oral argument on Barber Lake's Motion for Leave to Appeal the Memorandum Opinion and Order in Adv. Proc. No. 24-04010 (MG) dated September 25, 2024 granting the partial motion to dismiss of Defendant/Appellee Priority Power Management, LLC.

Thank you for your consideration.

Respectfully submitted,

*John R. Ashmead*

cc: All Counsel of Record (via ECF)