UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/10/2024
```

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, et al.,<br><br>　　　　　Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 22-10964-MG<br><br>(Jointly Administered) |
| BARBER LAKE DEVELOPMENT LLC,<br><br>　　　　　Plaintiff,<br><br>-v-<br><br>PRIORITY POWER MANAGEMENT, LLC,<br><br>　　　　　Defendant. | Case No. 1:24-cv-07940-MKV |

### STIPULATION OF WITHDRAWAL OF MOTION FOR LEAVE TO APPEAL

WHEREAS the United States Bankruptcy Court for the Southern District of New York entered an Order Granting Defendant Priority Power Management, LLC's ("Defendant") Motion to Dismiss Counts IV and V of the Barber Lake Adversary Complaint in Adversary Proceeding No. 24-04010-mg, entitled *Barber Lake Development LLC vs. Priority Power Management, LLC* (the "Adversary Proceeding") on September 25, 2024 (the "Order");

WHEREAS Plaintiff Barber Lake Development LLC ("Plaintiff" and together with Defendant, the "Parties") filed a motion for leave to appeal the Order on October 9, 2024 (the "Motion"); and

WHEREAS the Parties have stipulated to the voluntary dismissal of the Adversary Proceeding with prejudice, including any claims, counterclaims or causes of action asserted, or that could have been asserted, by, between, and/or among the Parties;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, that the Motion is withdrawn and the above-captioned action is voluntarily dismissed with prejudice.

Dated: December 9, 2024
New York, New York

Respectfully submitted,

*/s/ Thomas Ross Hooper*
John R. Ashmead
Thomas Ross Hooper
Paul B. Koepp
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Email: ashmead@sewkis.com
hooper@sewkis.com
koepp@sewkis.com

*Attorneys for Barber Lake Development LLC*

-and-

*/s/ Scott R. Bowling*
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Scott R. Bowling
Nischay K. Bhan
Louie E. Layrisson, III (*pro hac vice*)
Shelby V. Saxon (*pro hac vice*)

*Attorneys for Priority Power Management, LLC*

**Granted. SO ORDERED.**

Date: Dec. 10, 2024
New York, New York

Mary Kay Vyskocil
United States District Judge

2